

**475 Atlantic Avenue, 3rd Floor**
**Brooklyn, NY 11217**
P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

Honorable Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plz. East
Brooklyn, NY 11201
BY ECF

July 8, 2016

                                      Re: <u>Jackson v. City</u> 15CV7135

Your Honor-

I write to request permission to amend the complaint.  This is plaintiff's first request to amend and opposing counsel, ACC Fudim, consents.  This request will not affect any other deadlines currently in place.

In his complaint, plaintiff contends that he was falsely arrested and denied due process when he was charged with a crime he did not commit.  The arresting officer has already been identified and has appeared in this action.  I seek to add one additional officer that has only recently been identified in extensive discovery documents as being involved in the investigation and subsequent arrest of plaintiff.

If permitted to amend, I will file an amended complaint and serve the new officer within one week.

Please let me know if there is any additional information I can provide.

Sincerely-

*Nicole Bellina*
Nicole Bellina


cc: ACC Fudim (BY ECF)